# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NO TAN LINES REPUBLIK,

    Plaintiff(s),

v.

JIM ANDERSON, et al.,

    Defendant(s).

Case No. 2:24-cv-00870-GMN-NJK

**Order**

    This case was initiated without an attorney by Plaintiff no Tan lines Republik, a non-profit organization.  Docket No. 1 at 2.

    Although 28 USC § 1654 permits parties to plead their own cases personally, it does not extend to non-individuals.  *Eagle Associates v. Bank of Montreal,* 926 F.2d 1305, 1307 (2d Cir.1991).  "Corporations and other unincorporated associations must appear in court through an attorney."  *In re America West Airlines,* 40 F.3d 1058, 1059 (9th Cir.1994).  This requirement applies to non-profits.  *See Multi Denominational Ministry of Cannabis & Rastafari, Inc. v. Gonzales*, 474 F. Supp. 2d 1133, 1141 (N.D. Cal. 2007); *see also, e.g.*, *Central Ore. Wild Horse Coal. v. Vilsack*, 2023 WL 5041934, at *1 (D. Ore. July 27, 2023) (quoting *Her Oceans v. Cmty. Outreach Behav. Servs., Inc.*, 2021 WL 3172914, at *1 (D. Id. July 27, 2021) (same).  Failure by a plaintiff to appear through an attorney in compliance with this requirement will result in dismissal.  *See Your Personal Assistant, LLC v. T-Mobile USA, Inc.*, 2010 WL 11598045, at *4 (C.D. Cal. Sept. 21, 2010) (collecting cases); *see also United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (finding entry of default judgment against non-compliant defendant to be "perfectly appropriate").

Accordingly, Plaintiff is hereby **ORDERED** to retain a licensed attorney and to have that attorney file a notice of appearance by June 13, 2024.  **Failure to comply with this order may result in dismissal**.

IT IS SO ORDERED.

Dated: May 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge