# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NO TAN LINES REPUBLIK,<br>　　　Plaintiff(s),<br>v.<br>JIM ANDERSON, et al.,<br>　　　Defendant(s). | Case No. 2:24-cv-00870-GMN-NJK<br>**Order**<br>[Docket Nos. 10, 11] |

Pending before the Court are two letters filed with the Court by Corinne and Max Dufloo. Docket Nos. 10, 11.

As an initial matter, the filers are advised that they are not permitted to file letters with the Court; requests must be made in the form of a stipulation or motion, and must be formatted in appropriate fashion. *See, e.g.*, Local Rule IA 10-2. The Court will consider these filings as a <u>one-time</u> courtesy, but future filings must be made properly.

The Court construes the filings as seeking an extension to the deadline for No Tan Lines Republik to retain counsel. *See* Docket No. 10 at 1-2; *see* also Docket No. 6. Plaintiff No Tan Lines Republik is **ORDERED** to retain a licensed attorney and have that attorney file a notice of appearance by July 15, 2024. **<u>Failure to comply with this deadline may result in dismissal of Plaintiff No Tan Lines Republik.</u>**

Although not entirely clear, the letters also appear to seek to add Corinne and Max Dufloo as Plaintiffs, or perhaps substitute them as plaintiffs in the place of Plaintiff No Tan Lines Republik. *See* Docket No. 10 at 1. If such relief is being sought, then a request clearly so indicating must be filed, along with the filing of an amended complaint as appropriate. *See* Fed. R. Civ. P. 15(a)(1) (an amended complaint may be filed once as a matter of course before any defendant appears).

If these letters seek any other relief, they are **DENIED** without prejudice as to that relief.

IT IS SO ORDERED.

Dated: June 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge